## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis M., <br><br> Petitioner, <br><br> v. <br><br> David Easterwood, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; Todd M. Lyons, in his official capacity as Director of Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement, <br><br> Respondents. | Case No. 26-CV-0212 (PJS/ECW) <br><br><br> **ORDER** |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Luis M. by no later than January 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

  b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 16, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 13, 2026      <u>s/Elizabeth Cowan Wright</u>
                 Elizabeth Cowan Wright
                 United States Magistrate Judge