# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Orlando Masapanta Calapaqui,

Petitioner,

v.

David Easterwood, Todd M. Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-212 PJS/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that petitioner is subject to mandatory detention under § 1226(b)(2).

   b. ORDERS respondents to provide petitioner a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

c. ORDERS respondents to return petitioner to Minnesota immediately and keep petitioner in Minnesota until the bond hearing is held so that petitioner may consult with counsel.

d. If respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order, petitioner must be immediately released from detention.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/17/2026

KATE M. FOGARTY, CLERK